# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130514(57)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 130514
                                                     COA: 256121
                                                     Kent CC: 03-011789-FH

SONNY AMES BAEZ,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's order of May 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                                    _____
d0821                                                              Clerk